IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| ROCHELLE CONROY,<br><br>　　Plaintiff, Individually and as Assignee of State Farm Insured, Shannon Negaard,<br><br>　　v.<br><br>STATE FARM INSURANCE COMPANIES, STATE FARM FIRE & CASUALTY CO., DAN J. DOHMEN, and JOHN DOES 1-5,<br><br>　　Defendants. | CV 21-72-SPW-TJC<br><br><br>ORDER OF DISMISSAL WITH PREJUDICE |
| STATE FARM FIRE & CASUALTY CO.,<br><br>　　Counterclaimant,<br><br>　　v.<br><br>ROCHELLE CONROY,<br><br>　　Individually and as Assignee of State Farm Insured, Shannon Negaard,<br><br>　　Counter-Defendant. | |

STATE FARM FIRE & CASUALTY CO.,

    Third-Party Plaintiff,

    v.

KIRK CONROY,

    Individually and as Assignee of State Farm Insured, Shannon Negaard,

    Third-Party Defendant.

Pursuant to the parties' Stipulation for Dismissal with Prejudice filed November 1st, 2021 (Doc. 17),

IT IS HEREBY ORDERED that Plaintiff's Complaint and Defendant's Counter-Claim and Third-Party Claim filed herein are dismissed with prejudice. Each party to bear their own fees and costs.

DATED this 2nd day of November, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge